# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL HOSKINS,

    Plaintiff,                                                      Case No. 18-C-934

    v.

PNC BANK, et al.,

    Defendants.

## ORDER

On June 20, 2018, the pro se prisoner plaintiff filed a complaint and a motion for leave to proceed without prepayment of the filing fee. The court calculated an initial partial filing fee and directed plaintiff to pay the fee if he wished to continue. Plaintiff has filed a motion for voluntary dismissal and to waive the initial partial filing fee. The motion for voluntary dismissal is granted. In fact, no motion is necessary given this stage of the proceeding. Nevertheless, the case will be dismissed. The motion to waive the initial partial filing fee is moot. Since plaintiff has elected not to proceed, no filing fee will be due and payable. Accordingly, this case is dismissed without prejudice and without costs or filing fee due.

SO ORDERED at Green Bay, Wisconsin this   10th   day of July, 2018.

                                                                                         BY THE COURT

                                                                       s/ William C. Griesbach
                                                                     William C. Griesbach, Chief Judge
                                                                     United States District Court